1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant RODRIGUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   No. CR-09-00525-CW (LB)
                                        )
12           Plaintiff,                 )   STIPULATION TO CONTINUE;
                                        )   [PROPOSED] ORDER CONTINUING
13 vs.                                  )   CASE AND EXCLUDING TIME UNDER
                                        )   THE SPEEDY TRIAL ACT
14 LUIS RODRIGUEZ,                      )
                                        )
15           Defendant.                 )
   _____)
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING date of March 5, 2010

19 presently scheduled at 10:00 a.m., before the Hon. Laurel Beeler, be vacated and re-set for

20 April 12, 2010 at 10:00 a.m., before the Hon. Donna M. Ryu, for TRIAL OR MOTIONS

21 SETTING OR DISPOSITION HEARING.

22     The reason for this request is that defense counsel is presently investigating the case,

23 discussing it with government counsel, and researching possible motions. Government counsel

24 has trial for one of the weeks between March 5 and April 12, 2010, and government counsel

25 will be out of the office for the week of March 29, 2010.

26

                                        1

1     The parties agree and stipulate that the time until April 12, 2010 should be excluded,

2 under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the

3 continuance outweigh the bests interests of the public and the defendant in a speedy and public

4 trial. The continuance is necessary to accommodate counsel's preparation efforts and the

5 continuity of government counsel.

6                                                   /s/

   Date   3/17/10                             John Paul Reichmuth

7                                                 Assistant Federal Public Defender
                                                Counsel for defendant RODRIGUEZ

10                                                 /s/

   Date   03/17/10                            Joshua Hill

11                                                 Assistant United States Attorney

13     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.      /S/ John Paul Reichmuth
                                                      Counsel for Defendant Rodriguez

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 12, 2010 at 10:00 a.m., before the Hon. Donna M. Ryu, and that time is excluded from March 5, 2010 until April 12, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

March 18, 2010
Date

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE