```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

     1301 Clay Street, Suite 340-S
     Oakland, California 94612
     Telephone:  (510) 637-3740
     Facsimile:  (510) 637-3724
     E-Mail:     Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS RODRIGUEZ,<br><br>　　　　Defendant. | No. CR-09-0525 CW<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

　　　　The parties appeared for a status conference on April 12, 2010.  The matter was continued to May 3, 2010 for further status.  Defense counsel has requested from the government copies of the deportation hearing tapes related to defendant's deportation proceedings.  The tapes may provide grounds for a possible motion.  The government has ordered the tapes.  The tapes' arrival is pending.  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 12, 2010 and May 3, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court

[~~PROPOSED~~] ORDER TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT
CR-09-0525 CW

1  further finds that the ends of justice served by excluding the time between April 12, 2010 and
2  May 3, 2010 from computation under the Speedy Trial Act outweigh the best interests of the
3  public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between
4  April 12, 2010 and May 3, 2010 shall be excluded from computation under the Speedy Trial Act.
5  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: April __15_, 2010      _____
                                 HONORABLE DONNA M. RYU
8                                United States Magistrate Judge

[GRANTED stamp, signed Judge Donna M. Ryu]

[~~PROPOSED~~] ORDER TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT
CR-09-0525 CW                                      -2-