JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3740
Facsimile: (510) 637-3724
E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS RODRIGUEZ,<br>Defendant. | No. CR-09-0525 CW<br><br>ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties appeared for a status conference on May 3, 2010. The matter was continued to May 17, 2010 for further status. Defense counsel requested from the government copies of the deportation hearing tapes related to defendant's deportation proceedings. The tapes may provide grounds for a possible motion. The government has provided the tapes. Defense counsel now requires time to review the tapes. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 3, 2010 and May 17, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 3, 2010 and May 17, 2010 from computation under the Speedy Trial Act

outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between May 3, 2010 and May 17, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 4 , 2010

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Donna M. Ryu

HONORABLE DONNA M. RYU
United States Magistrate Judge