```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340-S
 6       Oakland, California 94612
         Telephone:  (510) 637-3740
 7       Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-0525 CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| LUIS RODRIGUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, John Reichmuth, that the status hearing presently set for May 17, 2010, be continued to June 2, 2010 at 10:00 a.m.  The request for a continuance is due to defense counsel's need to review audio recordings of the defendant's deportation hearing tapes, which are lengthy and difficult to hear.  The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on counsel's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between the date of this stipulation and June 2, 2010.

IT IS SO STIPULATED:

Dated: May 11, 2010

          /S/
JOHN REICHMUTH
*Attorney for Defendant*

Dated: May 11, 2010

          /S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for May 17, 2010 is hereby rescheduled for June 2, 2010 at 10:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between May 11, 2010 and June 2, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 11, 2010 and June 2, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between May 11, 2010 and June 2, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: May 17, 2010

          HONORABLE LAUREL BEELER
United States Magistrate Judge