1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
   　　　　1301 Clay Street, Suite 340-S
6  　　　　Oakland, California 94612
   　　　　Telephone:  (510) 637-3740
7  　　　　Facsimile:   (510) 637-3724
   　　　　E-Mail:       Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10 　　　　　　　　　　　UNITED STATES DISTRICT COURT

11 　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

12 　　　　　　　　　　　　　　　OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR-09-0525 CW
                                    )
14 　　　　　Plaintiff,               )    ORDER TO EXCLUDE TIME UNDER
                                    )    THE SPEEDY TRIAL ACT
15 　　v.                            )
                                    )
16 LUIS RODRIGUEZ,                  )
                                    )
17 　　　　　Defendant.               )
                                    )
18

19 　　　　The parties appeared for a status conference on June 2, 2010.  The matter was continued

20 to June 15, 2010 for further status.  Defense counsel is actively reviewing deportation hearing

21 tapes as grounds for a possible motion.  Based upon the representation of counsel and for good

22 cause shown, the Court finds that failing to exclude the time between June 2, 2010 and June 15,

23 2010 would unreasonably deny the government and the defense the reasonable time necessary

24 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

25 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

26 between June 2, 2010 and June 15, 2010 from computation under the Speedy Trial Act outweigh

27 the best interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered

28

[PROPOSED] ORDER TO EXCLUDE TIME
CR-09-0525 CW

1  that the time between June 2, 2010 and June 15, 2010 shall be excluded from computation under
2  the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3

4  DATED: June 14, 2010

5

6

7  _____
   HONORABLE DONNA M. RYU
8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO EXCLUDE TIME
CR-09-0525 CW                                                    -2-