1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-09-0525 CW
                                    )
14           Plaintiff,              )   ORDER TO EXCLUDE TIME UNDER
                                    )   THE SPEEDY TRIAL ACT
15        v.                         )
                                    )
16 LUIS RODRIGUEZ,                  )
                                    )
17           Defendant.              )
                                    )
18

19        The parties appeared for a status conference on June 15, 2010.  The matter was continued

20 to June 18, 2010 for status or change of plea.  Defense counsel sought additional time to review

21 the terms of the proposed plea agreement and to conduct additional research.  Based upon the

22 representation of counsel and for good cause shown, the Court finds that failing to exclude the

23 time between June 15, 2010 and June 18, 2010 would unreasonably deny the government and the

24 defense the reasonable time necessary for effective preparation, taking into account the exercise

25 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice

26 served by excluding the time between June 15, 2010 and June 18, 2010 from computation under

27 the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

28

ORDER TO EXCLUDE TIME
CR-09-0525 CW

1  //

2  Therefore, it is hereby ordered that the time between June 15, 2010 and June 18, 2010 shall be

3  excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and

4  (B)(iv).

6  DATED: July  7, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED / Judge Donna M. Ryu / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

ORDER TO EXCLUDE TIME
CR-09-0525 CW                                              -2-