IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>LUIS RODRIGUEZ,<br><br>            Defendant.<br>_____/ | No. 09-00525 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

   The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

   Defendant Luis Rodriguez's plea of guilty is accepted by the Court as to Count (1) One of the Indictment charging Defendant Luis Rodriguez with being a deported alien found in the Untied States in violation of 8 U.S.C. §§ 1326 (a) and (b).  Sentencing is set for Wednesday, September 8, 2010 at 2:00 p.m.  The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated:  7/6/2010

*Claudia Wilken* (signature)
CLAUDIA WILKEN
United States District Judge

cc:  DMR; Sue I.